■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DeSPIRITO, Appellant. [810 NYS2d 341]—

Appeal by the defendant.from a resentence of the Supreme Court, Suffolk County (Doyle, J.), imposed March 23, 2005, upon a judgment convicting him of sexual abuse in the first degree, rendered September 2, 2004, upon his plea of guilty.

Ordered that the resentence is affirmed.

The defendant's challenge to his plea of guilty on the ground that he was not advised that he would be subject to postrelease supervision is not reviewable by this Court on his appeal only

from the resentence (*see* CPL 450.30 [3]; *People v Luddington*, 5 AD3d 1042 [2004]).

The defendant's remaining contention is without merit. Miller, J.P., Crane, Krausman, Rivera, and Lifson, JJ., concur.